IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAUL REJUNEY, )
)
    Plaintiff, )
v. ) Civil Action No. 3:16CV846–HEH
)
DEPUTY SHELTON )
)
    Defendant. )

## MEMORANDUM OPINION
(Dismissing Civil Rights Action Without Prejudice)

By Memorandum Order entered on October 24, 2016, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address. On December 12, 2016, United States Postal Service returned a November 30, 2016 Memorandum Order to the Court marked, "RETURN TO SENDER" and "ADDRESSEE NOT IN OUR FACILITY." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall issue.

                                                          /s/
                                           HENRY E. HUDSON
Date: Dec. 22, 2016             UNITED STATES DISTRICT JUDGE
Richmond, Virginia